**AFFIRM; Opinion issued November 28, 2012.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00006-CR

## JOSE SEVERIANO VASQUEZ-ACOSTA, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-33786-R**

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Murphy
Opinion by Justice Murphy

Jose Severiano Vasquez-Acosta waived a jury and pleaded guilty to continuous sexual abuse of a child younger than fourteen years. *See* TEX. PENAL CODE ANN. § 21.02(b) (West 2011). The trial court assessed punishment at sixty years' imprisonment. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.]

1978).  Counsel delivered a copy of the brief to appellant.  We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeal is frivolous and without merit.  We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

_____
MARY MURPHY
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

120006F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOSE SEVERIANO VASAUEZ-
ACOSTA, Appellant

No. 05-12-00006-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 265th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-33786-R).
Opinion delivered by Justice Murphy,
Justices Bridges and O'Neill participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered November 28, 2012.

MARY MURPHY
JUSTICE